UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT ELESSAR, M.D.,

    Plaintiff,

v.                          CASE NO: 8:04-cv-2482-T-23MAP

STANDARD INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

The parties' stipulation (Doc. 24) of dismissal with prejudice is **APPROVED**.

Accordingly, pursuant to Rule 41, Federal Rules of Civil Procedure, this action is

**DISMISSED WITH PREJUDICE**.  Each party will bear its own fees and costs.

ORDERED in Tampa, Florida, on July 27, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
         Courtroom Deputy